United States District Court
Southern District of Texas
ENTERED
JUL 14 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 14 1998
Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE

| | | |
|---|---|---|
| MARIA E. RODRIGUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-97-172 |
| HORIZON/CMS HEALTHCARE CORPORATION D/B/A SUN VALLEY HEALTHCARE | § § § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANT HORIZON/CMS HEALTHCARE CORPORATION'S MOTION FOR REHEARING ON ITS MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENTS THERETO

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

AUGUST 18, 1998 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JULY 14, 1998

TO:      MR. ADOLFO E. CORDOVA, JR.
         MS. V. ELIZABETH LEDBETTER