27

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
NOV 24 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| MARIA E. RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-172 |
| | § | |
| HORIZON/CMS HEALTHCARE | § | |
| CORPORATION D/B/A SUN VALLEY | § | |
| HEALTHCARE | § | |

TYPE OF CASE:       __X__ CIVIL            ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**                                   DATE AND TIME:

**DECEMBER 17, 1998 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 23, 1998

TO:     MR. ADOLFO E. CORDOVA, JR.
        MS. V. ELIZABETH LEDBETTER

6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 24 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUANITA FLORES AND MARTHA MUNOZ § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-086 |
| § | |
| ALL HOME CARE, INC. AND § | |
| CATHERINE PAVON § | |

TYPE OF CASE:   __X__ CIVIL              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**SETTLEMENT CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 10, 1998 AT 2:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: NOVEMBER 23, 1998

TO:   MR. JAMES HERRMANN
      MR. WILLIAM KIMBALL