32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARIA E. RODRIGUEZ §
§
VS. § CIVIL ACTION NO. B-97-172
§
HORIZON/CMS HEALTHCARE §
CORPORATION D/B/A SUN §
VALLEY HEALTHCARE §

### FINAL JUDGMENT

Maria E. Rodriguez ("Rodriguez") was an employee of Horizon/CMS Healthcare Corporation d/b/a Sun Valley Healthcare ("Horizon"). According to her First Amended Original Petition (Docket No. 3, Exhibit A), Horizon was a non-subscriber under the Texas Workers Compensation Act.

Rodriguez was injured on April 3, 1997, when she fell at work and hurt her knee. She sued, seeking damages under the common law.

Horizon answered claiming that at the time of her employment Rodriguez entered into an agreement, the Employee Health and Safety Program of Horizon/CMS Healthcare Corporation ("Program") with Horizon which in part involved her waiving her rights under Texas law in return for Horizon agreeing to pay her benefits in the event she was injured on the job. She has received benefits under this Program. The Program is Exhibit C attached to Horizon's Motion for Summary Judgment (Docket No. 18). Under its own terms, the Program is an ERISA plan.

The issue before the Court raised by Horizon's Motion for Summary Judgment is whether or not Rodriguez's waiver and her acceptance of benefits under its plan precludes her from seeking damages.